Proceeding without Repayment of Fees And Cost

3:25-cv-500
Padgett v. HPD et al

Case 3:25-cv-00500   Document 1   Filed 08/14/25   Page 1 of 3 PageID #: 1
FILED
AUG 14 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# JASPER JABEZ PADGETT

I WAS ARRESTED ON THIS MATTER DAYS PRIOR TO July 22 WAS PICKED UP BY BLACKMAN OFFICER WAS TOLD THERE'S WARRANT OUT FOR MY ARREST FOR FRAUD WAS TOOK TO THE CABELL COUNTY COURT HOUSE AND WAS TOLD I WAS UNDER ARREST FOR JOY RIDING BEFORE THE ARREST BEFORE THE ARREST I WAS TOLD I LOOK SUSPICIOUS WAS TOLD I NEED TO PUT MY HANDS BEHIND MY BACK WHILE GOING THROUGH THIS SUCH SUFFERING PROCESS I WAS NOT ONCE TOLD MY RIGHTS BEFORE THE COURT HOUSE PROCESS I ASKED TO BE CLEARED BY A PROFESSIONAL CAUSE AT THE TIME I WAS OFF THE XANAX I AM PRESCRIBED AND FELT THAT I WASN'T IN THE RIGHT STATE OF MIND AT THE TIME DURING THIS MATTER I WAS DENIED HELP MENTALLY AND EMOTIONALLY AT THAT I WAS TRULY SUFFERING FROM ANXIETY I was SHOWED NO MERCY DURING THE ARREST AND WHILE ASKING TO BE SEEN BY HH PROFFESIONAL not only was I Arrested days later, but days later Around 2 In the morning After been seen In the court house for this matter had Released days later I ARRested AN tooken Into costody was denied my Pre-limnary Hearing During the hearing as no one Even showed up my Right to have the pre-lim was denied After no one showed up there I was told I need PSYCHIC- Eval After was told I didn't need one many Rights Codes And laws was Broken - during this matter Im Filen to sue All Parties such as prosecutors, Accusers And witnesses And HPD

HPD arrested me took me to the court house was released the black cop on duty told me I was arrested that day for what I'm in here for now so now it's joy riding was told to show up to court for joy-riding four days later HPD knocking at two a clock in the morning claimin I have a warrant for fraud was tooken in custody my accuser was not in sight failed to show all parties failed to show I'm turning this matter into action at time Time I'm going to sue all parties for each and every day that I'm in here

All Accusers
HPD
Cabell Prosecuters
Cabell court house
All witnesses and all accusers

Arrest date July 22

Court Date July 30th

Videos of proof
An officer camera the black officer that was on duty

copy from the court # signatures that as well

IV. Statement of Claim (continued):

False information, lying under oath, False statement, done by witness not accuser. Falseing a signiture, pain suffering, messed up paperwork, witness wrote and pressed charges