**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JASPER JABEZ PADGETT,

Plaintiff,

v. CIVIL ACTION NO. 3:25-0500

HPD,
CABELL PROSECUTERS [*sic*],
CABELL courthouse,
all witnesses and all accusers,

Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable James P. Mazzone, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Plaintiff's Complaint (ECF No. 1) be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule of Civil Procedure 41.1, and that this action be removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Plaintiff's Complaint (ECF No. 1) be **DISMISSED** without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule of Civil

Procedure 41.1, and this action be **REMOVED** from the docket of the Court, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: October 16, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE